# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Michael S. Garland, Jr.,**<br>**Jacqueline L. Garland,** | Civil No. 09-71 (JNE/JJG) |
| Plaintiffs, | |
| v. | **ORDER** |
| **Mortgage Electronic Registration Systems, Inc.,** | |
| Defendant. | |
| **Rudolph I. Peterson,** | Civil No. 09-72 (JNE/JJG) |
| Plaintiff, | |
| v. | |
| **Mortgage Electronic Registration Systems, Inc.,** | |
| Defendant. | |
| **Ryan P. Ward,** | Civil No. 09-342 (JNE/JJG) |
| Plaintiff, | |
| v. | |
| **Mortgage Electronic Registration Systems, Inc.,** | |
| Defendant. | |
| **David N. Skulbru,**<br>**Alicia M. Skulbru,** | Civil No. 09-430 (JNE/JJG) |
| Plaintiffs, | |

v.

**Mortgage Electronic Registration Systems, Inc.,**

     Defendant.

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** the plaintiffs' motions to remand (Doc. No. 8 in 09-71; Doc. No. 10 in 09-72; Doc. No. 6 in 09-342; Doc. No. 6 in 09-430) are **DENIED.**

Dated this 16th day of June, 2009.

                                          s/ Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Judge